WYMAN FRENCH ET AL. v. GEORGE BUTLER.

*An award should be signed by the arbitrators together.*

An award signed by two of the arbitrators in each other's presence but not in that of the third, and by the third at a different time and place in the presence of only one of the others, is invalid, will not sustain a judgment, and should be vacated.

Error to Kent. Submitted June 7. Decided June 18. Judgment was entered upon an award of arbitrators in favor of Butler, who was plaintiff in the arbitration.

*Taggart, Simonds & Fletcher* for plaintiff in error. An award is invalid if not executed by each arbitrator in the presence of all the others, *Daniels v. Ripley*, 10 Mich., 237; Morse on Arbitration, 153.

*D. E. Corbitt* for defendants in error.

MARSTON, J. It clearly appeared that the award was signed by two of the arbitrators in the presence of each other, but not in the presence of the third, who signed

it at a different time and place, in the presence of one of the other two but not of both. This comes clearly within the decision in *Daniels v. Ripley*, 10 Mich., 237, and rendered the award invalid.

. These facts appearing and there being no dispute in reference thereto, the award should have been vacated, and it was error to render judgment thereon.

The judgment must be reversed with costs of both courts.

The other Justices concurred.